UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MICKEY ALLEN COX, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:16-CV-162-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for summary judgment, defendant's motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 24, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on August 24, 2017, and Copies To:**

Vance Edward Jennings (via CM/ECF Notice of Electronic Filing)
Leo Montenegro (via CM/ECF Notice of Electronic Filing)


August 24, 2017                            PETER A. MOORE, JR., CLERK
                                                /s/ Susan W. Tripp
                                                (By) Susan W. Tripp, Deputy Clerk